# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 97-4386

_____

| | | |
|---|---|---|
| Deborah Wilson, | * | |
| | * | |
| Plaintiff/Appellant, | * | |
| | * | |
| Henrietta Holly, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Appeal from the United States |
| | * | District Court for the |
| Rental Research Services, Inc., | * | District of Minnesota. |
| a Minnesota corporation, | * | [PUBLISHED] |
| | * | |
| Defendant/Appellee. | * | |
| | * | |
| _____ | * | |
| | * | |
| Federal Trade Commission, | * | |
| | * | |
| Amicus on Behalf of Appellant, | * | |
| | * | |
| The First American Financial | * | |
| Corporation; Associated Credit | * | |
| Bureaus, Inc., | * | |
| | * | |
| Amici on Behalf of Appellee. | * | |

_____

Submitted:  September 13, 1999

Filed:  March 15, 2000

_____

Before WOLLMAN, Chief Judge, HEANEY, McMILLIAN, RICHARD S. ARNOLD, BOWMAN, BEAM, LOKEN, HANSEN, MORRIS SHEPPARD ARNOLD, and MURPHY, Circuit Judges.

———————

PER CURIAM.

Chief Judge Wollman, Judge Bowman, Judge Beam, Judge Loken, and Judge Hansen would affirm the district court's order dismissing appellant's complaint brought under the Fair Credit Reporting Act, 15 U.S.C. §§ 1681-1681u. Judge Heaney, Judge McMillian, Judge Richard S. Arnold, Judge Morris Sheppard Arnold, and Judge Murphy would reverse that order.

By vote of an equally divided court, the district court's order is affirmed.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.